# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL DUANE ERIE

    *Plaintiff*

v.      Civil Action No. 4:15-cv-05113-LRS

DON HOLBROOK, et al

    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Suko on a motion for Voluntary Dismissal of Complaint. Case dismissed without prejudice.

Date: January 14, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
    *(By) Deputy Clerk*
Cheryl Cambensy